UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA BAUGHER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　　　Defendant. | NO:  4:14-CV-5089-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulated Motion to Dismiss, ECF No. 22.  Having reviewed the Stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, **ECF No. 22**, is **GRANTED**.  Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 3rd day of April 2015.

                               *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                              Chief United States District Court Judge